WILLIAM GADLOWSKI, Respondent, *v.* WEST VIRGINIA
PULP AND PAPER COMPANY, Appellant.

(Submitted April 8, 1912; decided April 12, 1912.)

Motion for re-argument denied, with ten dollars costs.
(See 204 N. Y. 645.)